**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN MOORE BEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:23-cv-347 JAR |
| LT. CHARLES CARVER, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On October 19, 2023, Assistant Attorney General Eric Doner entered his appearance in this matter and informed the Court that he could not waive service on behalf of Defendant Alex Downy because he is no longer employed by the Missouri Department of Corrections. ECF Nos. 16-17. As a result, the Court will order Attorney Doner to submit the last known home address for Defendant Alex Downy under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that Assistant Attorney General Eric Doner is directed to submit the last known home address for Defendant Alex Downy to the Court, under seal and *ex parte*, no later than **twenty-one (21) days** from the date of this Order.

Dated this 23rd day of October, 2023.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE