UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN MOORE BEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:23-cv-347 JAR |
| | ) |
| LT. CHARLES CARVER, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on self-represented Plaintiff's second and duplicative motion for an extension of time for service on defendant Alexander Downing. ECF No. 36. On February 16, 2024, Plaintiff filed his first motion for an extension of time (ECF No. 34), which the Court denied on February 21, 2024. ECF No. 35. On that same date, the Court received a second motion seeking an extension of time from Plaintiff. ECF No. 36. The second motion contains almost identical verbiage to the first. Like the first motion, the only reason Plaintiff states for why he should be granted an extension of time is because of "the utter failure" of the Clerk and Marshalls Service in completing service of process. *Id.* at 2. As such, for the same reasons Plaintiff's first motion for an extension of time was denied, this motion will also be denied. The Court's March 6, 2024, deadline remains in place. *See* ECF No. 33.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's second motion for an extension of time [ECF No. 36] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's failure to timely respond to the Court's February 5, 2024, Order shall result in the dismissal of defendant "Alexander Downing" from this

cause of action, without prejudice or further notice from the Court, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

    Dated this 29th day of February, 2024.

                                                   _____
                                                   JOHN A. ROSS
                                                   UNITED STATES DISTRICT JUDGE